UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM LINTVELT, | No. 2:23–cv–2253–DJC–KJN PS |
| Plaintiff, | ORDER |
| v. | |
| KENNETH SNYDER, | |
| Defendant. | |

Presently pending before the court is defendant's motion for judgment on the pleadings, filed on January 22, 2024, and currently set for a hearing on March 5, 2024.[1]  (ECF No. 9.) Plaintiff opposes, and defendant filed a reply brief.

On February 12, 2024, plaintiff filed a document entitled "First Amended Complaint," asserting similar claims against defendant Snyder and naming two additional defendants.  (ECF No. 12.)  However, this filing does not comport with the Federal Rules of Civil Procedure.  Under Rule 15, plaintiff would be allowed to amend his complaint without need for a court order or agreement of the parties in one of two situations:  (a) if he filed his amended complaint within 21 days of the original complaint, or (b) if he filed the amended complaint within 21 days of a

---

[1] The matter has been assigned to the magistrate judge because at least one party proceeds without the assistance of counsel.  See Local Rule 302(c)(21) (dictating the magistrate judge will (1) resolve all non-dispositive matters, and (2) conduct all hearings and issue findings and recommendations on any dispositive matters).

1

defense motion under Rules 12(b), (e), or (f).  Plaintiff filed his complaint on October 5, 2023, so his first amended complaint is well outside the 21-day period.  Plaintiff's amended complaint was filed within 21 days of defendant's motion for judgment on the pleadings, but this motion operates under Rule 12(c), not (b), (e), or (f).  Thus, plaintiff has no right to amend without a court order or agreement of defendant.

So that justice is served, the court will treat plaintiff's filing as a request to amend.  This request will be taken up at the hearing alongside defendant's motion for judgment on the pleadings.  The clerk of court shall not issue summons at this time for the two additional defendants named in the amended complaint.

Further, on the court's own motion, the hearing on defendant's motion is reset, and additional instructions for the parties are included below.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's "first amended complaint" is construed as a motion to amend, and this issue will be taken up alongside defendant's motion for judgment on the pleadings;

2. The hearing on defendant's motion is RESET to Tuesday, March 19, 2024 at 10:00 a.m.  The hearing will take place in person in courtroom 25 of the Matsui courthouse in Sacramento (501 I. St., Sacramento, Ca. 95814) unless either party requests that it be held remotely (see below);

3. If either party requests the hearing be conducted remotely (by Zoom), they shall file a request for a remote hearing.  This request shall be filed no later than February 28, 2024, and;

4. The requirement that the parties confer and submit a joint status report for scheduling purposes (see the court's prior order, issued January 12, 2024, at ECF No. 8) is STAYED.  Should the case proceed beyond defendant's motion for judgment on the pleadings, the court will reinstate its call for a joint scheduling report.

Dated:  February 13, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

lint.2253